JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNJI JEONG,<br>　　　　Plaintiff,<br>　　v.<br>JOHN or JANE DOE, and DOES 2-10, inclusive,<br>　　　　Defendants. | Case No. 8:25-cv-02024-KES<br><br>[Assigned to the Hon. Karen E. Scott]<br><br>**JUDGMENT**<br><br>Complaint Filed: September 8, 2025<br>Trial Date: None |

　　　Pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41-1, IT IS HEREBY ORDERED that Case No. 8:25-cv-02024-KES is DISMISSED in its entirety for failure to prosecute.  The dismissal shall be without prejudice.

DATED: January 8, 2026　　　　　　　　_Karen E. Scott_____
　　　　　　　　　　　　　　　　　　Hon. Karen E. Scott
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE